UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KILO MORAN MERRILL,**

　Plaintiff,

v.　　　　　　　　　　　　　　　　　No. 4:24-cv-0202-P

**JUDGE JULIE LUGO, ET AL.,**

　Defendants.

## FINAL JUDGMENT

　Consistent with the order of dismissal signed this date, the claims of Plaintiff, Kilo Moran Merrill, in this action are **DISMISSED without prejudice**.

　**SO ORDERED** on this **29th day** of **April 2024.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE